BEFORE THE SECOND DIVISION, SEPTEMBER 11, 1947

**No. 51897.**—K. Ooka et al. *v.* United States, protests 33189–K, etc. (Honolulu, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51898.**—William Meyers et al. *v.* United States, protests 121795–K/697, etc. (Chicago, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51899.**—Fownes Bros. & Co., Inc. *v.* United States, protests 991875–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.